**Jose D. SALZILLO, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 05-5129.**

United States Court of Appeals, Federal Circuit.

July 12, 2005.

ORDER

The parties having so agreed, it is

---

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).